# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**IN RE:** Rebecca A. Corradetti      **BK NO. 20-00424 RNO**
       Eugene A. Corradetti III

                     **Chapter 13**

                **Debtor(s)**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASSOCIATION and index same on the master mailing list.

                             Respectfully submitted,

                             **/s/ James C. Warmbrodt, Esquire**
                             James C. Warmbrodt, Esquire
                             KML Law Group, P.C.
                             BNY Mellon Independence Center
                             701 Market Street, Suite 5000
                             Philadelphia, PA  19106
                             215-627-1322