```
                                United States Bankruptcy Court
                                 Middle District of Pennsylvania
In re:                                                                              Case No. 20-00424-RNO
Rebecca A. Corradetti                                                               Chapter 13
Eugene A. Corradetti, III
        Debtors                         CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke              Page 1 of 2                 Date Rcvd: Mar 20, 2020
                              Form ID: ntnew341            Total Noticed: 53
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2020.
```
db/jdb        +Rebecca A. Corradetti,    Eugene A. Corradetti, III,    1936 Park Forest Avenue,
                State College, PA 16803-1329
5300527       +American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
5300526       +American Express,    c/o Midland Credit Mgmt.,    350 Camino De La Reina, #100,
                San Diego, CA 92108-3007
5313060        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern PA 19355-0701
5300528       +Bank of America,    c/o NCB Management Services, Inc.,    P.O. Box 1099,
                Langhorne, PA 19047-6099
5300529       +Bank of America,    c/o Sunrise Credit Services, Inc.,    P.O. Box 9100,
                Farmingdale, NY 11735-9100
5301627       +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5300530       +Barclays Bank DE,    c/o Ratchford Law Group,    54 Glenmaura Nat. Blvd., #104,
                Moosic, PA 18507-2101
5303693      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                JOHNSTON RI 02919-1922
               (address filed with court: Citizens Bank N.A.,    One Citizens Bank Way,    JCA115,
                Johnston,Rhode Island 02919)
5300543      ++CITIZENS BANK N A,    ATTN BANKRUPTCY TEAM,    ONE CITIZENS BANK WAY,    JCA115,
                JOHNSTON RI 02919-1922
               (address filed with court: Citizens One,    P.O. Box 42113,    Providence, RI 02940)
5300533       +Capital One Bank,    c/o Radius Global Solutions, LLC,    P.O. Box 390846,
                Minneapolis, MN 55439-0846
5311491        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5300536       +Centre Tax Agency,    P.O. Box 437,    State College, PA 16804-0437
5300540       +Citibank, NA,    c/o United Collection Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
5300542       +Citibank, NA,    c/o Cawley Bergmann, LLC,    550 Broad St., Ste. 1001,    Newark, NJ 07102-4542
5300548       +Discover Bank,    c/o Pressler, Felt & Warshaw,    7 Entin Rd.,    Parsippany, NJ 07054-5020
5300547       +Discover Bank,    c/o Northstar Location Services, LLC,    P.O. Box 49,
                Bowmansville, NY 14026-0049
5300549       +Geisinger,    P.O. Box 983148,    Boston, MA 02298-3148
5308702       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
5300553       +KML Law Group, PC,    701 Market St.,    Ste. 5000,    Philadelphia, PA 19106-1541
5300554       +Mount Nittany Medical Center,    P.O. Box 536317,    Pittsburgh, PA 15253-5905
5300557       +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
5300558       +PNC Bank, N.A.,    P.O. Box 1820,    Dayton, OH 45401-1820
5300559       +Radius Global Solutions,    P.O. Box 390905,    Minneapolis, MN 55439-0905
5300562       +Synchrony Bank,    c/o Monarch Recovery Management,    3260 Tillman Dr., Ste. 75,
                Bensalem, PA 19020-2059
5300560       +Synchrony Bank,    c/o American Coradius Internat.,    2420 Sweet Home Rd., #150,
                Amherst, NY 14228-2244
5300564       +University Accounting,    P.O. Box 5865,    Carol Stream, IL 60197-5865
5300565       +Younomics Private Student Loan Trust,    c/o Asset Recovery,    2200 E. Devon Ave., #200,
                Des Plaines, IL 60018-4501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 19:34:50
                PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5303693        E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 20 2020 19:35:45       Citizens Bank N.A.,
                One Citizens Bank Way,    JCA115,    Johnston,Rhode Island 02919
5300543        E-mail/Text: Bankruptcy.RI@Citizensbank.com Mar 20 2020 19:35:45       Citizens One,
                P.O. Box 42113,    Providence, RI 02940
5300531       +E-mail/Text: bnc-capio@quantum3group.com Mar 20 2020 19:36:19       Capio Partners,
                P.O. Box 3778,    Sherman, TX 75091-3778
5300532       +E-mail/Text: bknotice@ercbpo.com Mar 20 2020 19:36:25       Capital One,    c/o ERC,
                P.O. Box 23870,    Jacksonville, FL 32241-3870
5300534       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 19:34:49       Capital One Bank,
                c/o Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541-0914
5302164        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 20 2020 19:34:12
                Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                Charlotte, NC 28272-1083
5300535        E-mail/Text: mediamanagers@clientservices.com Mar 20 2020 19:35:44       Captal One Bank,
                c/o Client Services, Inc.,    3451 Truman Blvd.,    St. Charles, MO 63301
5299712       +E-mail/Text: bankruptcy@cavps.com Mar 20 2020 19:36:33       Cavalry SPV I, LLC,
                500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5300539       +E-mail/Text: bankruptcy@cavps.com Mar 20 2020 19:36:33       Citibank, NA,
                c/o Cavalry SPV I, LLC,    P.O. Box 520,    Valhalla, NY 10595-0520
5300538       +E-mail/Text: Banko@frontlineas.com Mar 20 2020 19:36:56       Citibank, NA,
                c/o Frontline Asset Strategies,    2700 Snelling Ave. N, Ste. 250,    Roseville, MN 55113-1783
5300537       +E-mail/Text: bankruptcydpt@mcmcg.com Mar 20 2020 19:36:21       Citibank, NA,
                c/o Midland Credit Management,    P.O. Box 2121,    Warren, MI 48090-2121
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
5300541        +E-mail/Text: bankruptcy@cavps.com Mar 20 2020 19:36:33      Citibank, NA,
                 c/o Cavalry SPV I, LLC,    500 Summit Lake Dr., Ste 400,    Valhalla, NY 10595-2321
5300544        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 19:34:18      Comenity Bank,
                 c/o Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541-0914
5300546        +E-mail/Text: bdsupport@creditmanagementcompany.com Mar 20 2020 19:36:38      Credit Management,
                 P.O. Box 16346,    Pittsburgh, PA 15242-0346
5302010         E-mail/Text: mrdiscen@discover.com Mar 20 2020 19:35:46      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5300550        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 20 2020 19:35:54      Internal Revenue Service,
                 P O Box 7346,    Philadelphia, Pennsylvania 19101-7346
5300552         E-mail/Text: mediamanagers@clientservices.com Mar 20 2020 19:35:44      JP Morgan Chase Bank,
                 c/o Client Services, Inc.,    3451 Truman Blvd.,    St. Charles, MO 63301
5300551        +E-mail/Text: legal@arsnational.com Mar 20 2020 19:36:03      JP Morgan Chase Bank,
                 c/o ARS National Services, Inc.,    P.O. Box 469046,    Escondido, CA 92046-9046
5300555        +E-mail/PDF: pa_dc_claims@navient.com Mar 20 2020 19:34:54      Navient,   P.O. Box 9000,
                 Wilkes-Barre, PA 18773-9000
5308449         E-mail/PDF: pa_dc_claims@navient.com Mar 20 2020 19:34:53      Navient PC TRUST,
                 c/o Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
5312091         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 20 2020 19:33:45
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5301617         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2020 19:36:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
5300556        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 20 2020 19:36:14
                 Pennsylvania Department of Revenue,    Department 280946,    Attn: Bankruptcy Division,
                 Harrisburg, Pennsylvania 17128-0001
5300561        +E-mail/Text: bknotice@ercbpo.com Mar 20 2020 19:36:25      Synchrony Bank,   c/o ERC,
                 P.O. Box 23870,    Jacksonville, FL 32241-3870
5299088        +E-mail/PDF: gecsedi@recoverycorp.com Mar 20 2020 19:34:36      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5300563        +E-mail/Text: NCI_bankonotify@ncirm.com Mar 20 2020 19:35:45      Terminix International,
                 c/o Nationwide Credit,    P.O. Box 14581,    Des Moines, IA 50306-3581
                                                                                               TOTAL: 27

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5300545*      +Comenity Bank,   c/o Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541-0914
5308712*      +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5312549*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
                                                                                            TOTALS: 0, * 3, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor 2 Eugene A. Corradetti, III dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Debtor 1 Rebecca A. Corradetti dhahn@nittanylaw.com
              James Warmbrodt    on behalf of Creditor   PNC Mortgage, a division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 5
```

| UNITED STATES BANKRUPTCY COURT | |
|---|---|
| MIDDLE DISTRICT OF PENNSYLVANIA | |
| In re: | |
| Rebecca A. Corradetti, **Debtor 1** | Chapter 13 |
| Eugene A. Corradetti III, **Debtor 2** | Case No. 4:20−bk−00424−RNO |

## Notice

**Notice is hereby given that:**

The previously scheduled 341 meeting of creditors has been rescheduled to:

| Ronald Reagan Federal Building, Trustee Hearing Rm, Rm. 1160, 11th Floor, 228 Walnut Street, Harrisburg, PA 17101 | Date: April 16, 2020<br>Time: 09:00 AM |
|---|---|

| **Address of the Bankruptcy Clerk's Office:**<br>197 S Main St, Wilkes−Barre, PA 18701 OR<br>228 Walnut St, Rm320, Harrisburg, PA 17101<br>570−831−2500/717−901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: March 20, 2020 |

ntnew341 (04/18)