```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 20-00424-RNO
Rebecca A. Corradetti                                           Chapter 13
Eugene A. Corradetti, III
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0314-4          User: AutoDocke         Page 1 of 1          Date Rcvd: May 13, 2020
                              Form ID: pdf010         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 15, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
              +E-mail/Text: sbse.cio.bnc.mail@irs.gov May 13 2020 19:50:56      INTERNAL REVENUE SERVICE,
                 600 Arch St., #5200,    Philadelphia, PA 19106-1612,    Attn: Samantha Ricca
                                                                                           TOTAL: 1

                ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*              +INTERNAL REVENUE SERCICE,    P.O. Box 7346,    Philadelphia, PA 19101-7346
                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 15, 2020                              Signature:  /s/Joseph Speetjens

---

### CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor 2 Eugene A. Corradetti, III dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Debtor 1 Rebecca A. Corradetti dhahn@nittanylaw.com
              James Warmbrodt    on behalf of Creditor   PNC Mortgage, a division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| IN RE: : | |
| : | Case No. 4-20-00424 |
| REBECCA A. CORRADETTI and : | |
| EUGENE A. CORRADETTI, III, : | |
| Debtors : | |
| : | Chapter 13 |
| REBECCA A. CORRADETTI and : | |
| EUGENE A. CORRADETTI, III, : | |
| Objectants : | |
| VS. : | |
| : | Claim Objection |
| DEPARTMENT OF THE TREASURY – : | |
| INTERNAL REVENUE SERVICE, : | |
| Claimant : | |

## ORDER DISALLOWING CLAIM

AND NOW, upon consideration of Debtor's Objection to the Claim of Department of the Treasury, Internal Revenue Service, notice of said Objection having been served upon the Claimant, and no timely Response to said Objection having been filed, it is hereby

ORDERED that Debtor's Objection to the Claim of Department of the Treasury, Internal Revenue Service, be, and it hereby is, sustained; and it is further

ORDERED that the amount of the prority claim in Claim No. 16, filed by Department of the Treasury, Internal Revenue Service, be, and it hereby is, disallowed to the extent that it exceeds $11,181.79.

Dated: May 13, 2020

By the Court,

*Robt N. Opel II*

Robert N. Opel, II, Bankruptcy Judge (DG)