```
                            United States Bankruptcy Court
                            Middle District of Pennsylvania
In re:                                                           Case No. 20-00424-RNO
Rebecca A. Corradetti
Eugene A. Corradetti, III                                        Chapter 13
       Debtors
                              CERTIFICATE OF NOTICE
District/off: 0314-4          User: AutoDocke            Page 1 of 2           Date Rcvd: Jun 15, 2020
                              Form ID: ntcnfhrg          Total Noticed: 56


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 17, 2020.
db/jdb         +Rebecca A. Corradetti,    Eugene A. Corradetti, III,    1936 Park Forest Avenue,
                 State College, PA 16803-1329
5300527        +American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
5300526        +American Express,    c/o Midland Credit Mgmt.,    350 Camino De La Reina, #100,
                 San Diego, CA 92108-3007
5313060         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
5300529        +Bank of America,    c/o Sunrise Credit Services, Inc.,    P.O. Box 9100,
                 Farmingdale, NY 11735-9100
5300528        +Bank of America,    c/o NCB Management Services, Inc.,    P.O. Box 1099,
                 Langhorne, PA 19047-6099
5301627        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5300530        +Barclays Bank DE,    c/o Ratchford Law Group,    54 Glenmaura Nat. Blvd., #104,
                 Moosic, PA 18507-2161
5300533        +Capital One Bank,    c/o Radius Global Solutions, LLC,    P.O. Box 390846,
                 Minneapolis, MN 55439-0846
5311491         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5300536        +Centre Tax Agency,    P.O. Box 437,    State College, PA 16804-0437
5300542        +Citibank, NA,   c/o Cawley Bergmann, LLC,    550 Broad St., Ste. 1001,    Newark, NJ 07102-4542
5300540        +Citibank, NA,   c/o United Collection Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
5300548        +Discover Bank,    c/o Pressler, Felt & Warshaw,    7 Entin Rd.,    Parsippany, NJ 07054-5020
5300547        +Discover Bank,    c/o Northstar Location Services, LLC,    P.O. Box 49,
                 Bowmansville, NY 14026-0049
5300549        +Geisinger,    P.O. Box 983148,    Boston, MA 02298-3148
5308702        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5300553        +KML Law Group, PC,    701 Market St.,    Ste. 5000,    Philadelphia, PA 19106-1541
5300554        +Mount Nittany Medical Center,    P.O. Box 536317,    Pittsburgh, PA 15253-5905
5300557        +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
5317346        +PNC Bank National Association,    PO Box 94982,    Cleveland OH 44101-4982
5319843        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5300558        +PNC Bank, N.A.,    P.O. Box 1820,    Dayton, OH 45401-1820
5300559        +Radius Global Solutions,    P.O. Box 390905,    Minneapolis, MN 55439-0905
5300560        +Synchrony Bank,    c/o American Coradius Internat.,    2420 Sweet Home Rd., #150,
                 Amherst, NY 14228-2244
5300562        +Synchrony Bank,    c/o Monarch Recovery Management,    3260 Tillman Dr., Ste. 75,
                 Bensalem, PA 19020-2059
5300564        +University Accounting,    P.O. Box 5865,    Carol Stream, IL 60197-5865
5300565        +Younomics Private Student Loan Trust,    c/o Asset Recovery,    2200 E. Devon Ave., #200,
                 Des Plaines, IL 60018-4501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:48:07
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5303693         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 15 2020 19:43:38     Citizens Bank N.A.,
                 One Citizens Bank Way,    JCA115,    Johnston,Rhode Island 02919
5300543         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 15 2020 19:43:38     Citizens One,
                 P.O. Box 42113,    Providence, RI 02940
5300531        +E-mail/Text: bnc-capio@quantum3group.com Jun 15 2020 19:44:01     Capio Partners,
                 P.O. Box 3778,    Sherman, TX 75091-3778
5300532        +E-mail/Text: bknotice@ercbpo.com Jun 15 2020 19:44:06     Capital One,    c/o ERC,
                 P.O. Box 23870,    Jacksonville, FL 32241-3870
5300534        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:47:35     Capital One Bank,
                 c/o Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541-0914
5302164         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:47:34
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5300535         E-mail/Text: mediamanagers@clientservices.com Jun 15 2020 19:43:37     Captal One Bank,
                 c/o Client Services, Inc.,    3451 Truman Blvd.,    St. Charles, MO 63301
5299712        +E-mail/Text: bankruptcy@cavps.com Jun 15 2020 19:44:12     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5300539        +E-mail/Text: bankruptcy@cavps.com Jun 15 2020 19:44:12     Citibank, NA,
                 c/o Cavalry SPV I, LLC,    P.O. Box 520,    Valhalla, NY 10595-0520
5300538        +E-mail/Text: Banko@frontlineas.com Jun 15 2020 19:44:26     Citibank, NA,
                 c/o Frontline Asset Strategies,    2700 Snelling Ave. N, Ste. 250,    Roseville, MN 55113-1783
5300537        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2020 19:44:03     Citibank, NA,
                 c/o Midland Credit Management,    P.O. Box 2121,    Warren, MI 48090-2121
5300541        +E-mail/Text: bankruptcy@cavps.com Jun 15 2020 19:44:12     Citibank, NA,
                 c/o Cavalry SPV I, LLC,    500 Summit Lake Dr., Ste 400,    Valhalla, NY 10595-2321
5300544        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:48:42     Comenity Bank,
                 c/o Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541-0914
```

```
District/off: 0314-4          User: AutoDocke         Page 2 of 2                Date Rcvd: Jun 15, 2020
                              Form ID: ntcnfhrg       Total Noticed: 56
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
5300546        +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 15 2020 19:44:16     Credit Management,
                 P.O. Box 16346,    Pittsburgh, PA 15242-0346
5302010         E-mail/Text: mrdiscen@discover.com Jun 15 2020 19:43:41      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5300550        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 15 2020 19:43:46       Internal Revenue Service,
                 P O Box 7346,    Philadelphia, Pennsylvania 19101-7346
5300552         E-mail/Text: mediamanagers@clientservices.com Jun 15 2020 19:43:37       JP Morgan Chase Bank,
                 c/o Client Services, Inc.,    3451 Truman Blvd.,   St. Charles, MO 63301
5300551        +E-mail/Text: legal@arsnational.com Jun 15 2020 19:43:52       JP Morgan Chase Bank,
                 c/o ARS National Services, Inc.,    P.O. Box 469046,    Escondido, CA 92046-9046
5317362        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2020 19:44:03       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5300555        +E-mail/PDF: pa_dc_claims@navient.com Jun 15 2020 19:47:37       Navient,   P.O. Box 9000,
                 Wilkes-Barre, PA 18773-9000
5308449         E-mail/PDF: pa_dc_claims@navient.com Jun 15 2020 19:47:37       Navient PC TRUST,
                 c/o Navient Solutions, LLC,    PO BOX 9640,   Wilkes-Barre, PA 18773-9640
5312091         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:48:43
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5301617         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2020 19:43:58
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
5300556        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2020 19:43:58
                 Pennsylvania Department of Revenue,    Department 280946,    Attn: Bankruptcy Division,
                 Harrisburg, Pennsylvania 17128-0001
5300561        +E-mail/Text: bknotice@ercbpo.com Jun 15 2020 19:44:06      Synchrony Bank,   c/o ERC,
                 P.O. Box 23870,    Jacksonville, FL 32241-3870
5299088        +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:47:28       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5300563        +E-mail/Text: NCI_bankonotify@ncirm.com Jun 15 2020 19:43:37       Terminix International,
                 c/o Nationwide Credit,    P.O. Box 14581,   Des Moines, IA 50306-3581
                                                                                              TOTAL: 28

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5300545*       +Comenity Bank,    c/o Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541-0914
5308712*       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5312549*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541)
5320755*       +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                         TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor 2 Eugene A. Corradetti, III dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Debtor 1 Rebecca A. Corradetti dhahn@nittanylaw.com
              James  Warmbrodt    on behalf of Creditor   PNC Mortgage, a division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                              TOTAL: 5
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Rebecca A. Corradetti,
**Debtor 1**

Eugene A. Corradetti III,
**Debtor 2**

Chapter 13

Case No. 4:20−bk−00424−RNO

## Notice

The confirmation hearing has been scheduled for both Debtors on the date indicated below.

A deadline of **July 17, 2020** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court The hearing will be held telephonically, using CourtCall. Please contact them, at 866−582−6878, no later than 24 hours, before your hearing. | Date: July 24, 2020 <br> Time: 10:00 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> 197 S Main St, Wilkes−Barre, PA 18701 OR <br> 228 Walnut St,Rm320,Harrisburg, PA 17101 <br> 570−831−2500/717−901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: LyndseyPrice, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 15, 2020 |

ntcnfhrg (03/18)