In re:  
Rebecca A. Corradetti  
Eugene A. Corradetti, III  
    Debtors

Case No. 20-00424-RNO  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 2      Date Rcvd: Jun 15, 2020  
                   Form ID: pdf002      Total Noticed: 56

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2020.

```
db/jdb         +Rebecca A. Corradetti,    Eugene A. Corradetti, III,    1936 Park Forest Avenue,
                 State College, PA 16803-1329
5300527        +American Express,    P.O. Box 650448,    Dallas, TX 75265-0448
5300526        +American Express,    c/o Midland Credit Mgmt.,    350 Camino De La Reina, #100,
                 San Diego, CA 92108-3007
5313060         American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern  PA 19355-0701
5300529        +Bank of America,    c/o Sunrise Credit Services, Inc.,    P.O. Box 9100,
                 Farmingdale, NY 11735-9100
5300528        +Bank of America,    c/o NCB Management Services, Inc.,    P.O. Box 1099,
                 Langhorne, PA 19047-6099
5301627        +Bank of America, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
5300530        +Barclays Bank DE,    c/o Ratchford Law Group,    54 Glenmaura Nat. Blvd., #104,
                 Moosic, PA 18507-2161
5300533        +Capital One Bank,    c/o Radius Global Solutions, LLC,    P.O. Box 390846,
                 Minneapolis, MN 55439-0846
5311491         Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5300536        +Centre Tax Agency,    P.O. Box 437,    State College, PA 16804-0437
5300542        +Citibank, NA,    c/o Cawley Bergmann, LLC,    550 Broad St., Ste. 1001,    Newark, NJ 07102-4542
5300540        +Citibank, NA,    c/o United Collection Bureau, Inc.,    P.O. Box 140310,    Toledo, OH 43614-0310
5300548        +Discover Bank,    c/o Pressler, Felt & Warshaw,    7 Entin Rd.,    Parsippany, NJ 07054-5020
5300547        +Discover Bank,    c/o Northstar Location Services, LLC,    P.O. Box 49,
                 Bowmansville, NY 14026-0049
5300549        +Geisinger,    P.O. Box 983148,    Boston, MA 02298-3148
5308702        +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5300553        +KML Law Group, PC,    701 Market St.,    Ste. 5000,    Philadelphia, PA 19106-1541
5300554        +Mount Nittany Medical Center,    P.O. Box 536317,    Pittsburgh, PA 15253-5905
5300557        +PNC Bank,    P.O. Box 5570,    Cleveland, OH 44101-0570
5317346        +PNC Bank National Association,    PO Box 94982,    Cleveland OH 44101-4982
5319843        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
5300558        +PNC Bank, N.A.,    P.O. Box 1820,    Dayton, OH 45401-1820
5300559        +Radius Global Solutions,    P.O. Box 390905,    Minneapolis, MN 55439-0905
5300560        +Synchrony Bank,    c/o American Coradius Internat.,    2420 Sweet Home Rd., #150,
                 Amherst, NY 14228-2244
5300562        +Synchrony Bank,    c/o Monarch Recovery Management,    3260 Tillman Dr., Ste. 75,
                 Bensalem, PA 19020-2059
5300564        +University Accounting,    P.O. Box 5865,    Carol Stream, IL 60197-5865
5300565        +Younomics Private Student Loan Trust,    c/o Asset Recovery,    2200 E. Devon Ave., #200,
                 Des Plaines, IL 60018-4501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:59:33
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5303693         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 15 2020 19:43:38     Citizens Bank N.A.,
                 One Citizens Bank Way,    JCA115,    Johnston,Rhode Island 02919
5300543         E-mail/Text: Bankruptcy.RI@Citizensbank.com Jun 15 2020 19:43:38     Citizens One,
                 P.O. Box 42113,    Providence, RI 02940
5300531        +E-mail/Text: bnc-capio@quantum3group.com Jun 15 2020 19:44:01     Capio Partners,
                 P.O. Box 3778,    Sherman, TX 75091-3778
5300532        +E-mail/Text: bknotice@ercbpo.com Jun 15 2020 19:44:06     Capital One,    c/o ERC,
                 P.O. Box 23870,    Jacksonville, FL 32241-3870
5300534        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:59:09     Capital One Bank,
                 c/o Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541-0914
5302164         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 15 2020 19:47:36
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
5300535         E-mail/Text: mediamanagers@clientservices.com Jun 15 2020 19:43:37     Captal One Bank,
                 c/o Client Services, Inc.,    3451 Truman Blvd.,    St. Charles, MO 63301
5299712        +E-mail/Text: bankruptcy@cavps.com Jun 15 2020 19:44:13     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
5300539        +E-mail/Text: bankruptcy@cavps.com Jun 15 2020 19:44:13     Citibank, NA,
                 c/o Cavalry SPV I, LLC,    P.O. Box 520,    Valhalla, NY 10595-0520
5300538        +E-mail/Text: Banko@frontlineas.com Jun 15 2020 19:44:26     Citibank, NA,
                 c/o Frontline Asset Strategies,    2700 Snelling Ave. N, Ste. 250,    Roseville, MN 55113-1783
5300537        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2020 19:44:03     Citibank, NA,
                 c/o Midland Credit Management,    P.O. Box 2121,    Warren, MI 48090-2121
5300541        +E-mail/Text: bankruptcy@cavps.com Jun 15 2020 19:44:13     Citibank, NA,
                 c/o Cavalry SPV I, LLC,    500 Summit Lake Dr., Ste 400,    Valhalla, NY 10595-2321
5300544        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:59:33     Comenity Bank,
                 c/o Portfolio Recovery Associates, LLC,    P.O. Box 12914,    Norfolk, VA 23541-0914
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
5300546        +E-mail/Text: bdsupport@creditmanagementcompany.com Jun 15 2020 19:44:16      Credit Management,
                 P.O. Box 16346,    Pittsburgh, PA 15242-0346
5302010         E-mail/Text: mrdiscen@discover.com Jun 15 2020 19:43:41       Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5300550        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 15 2020 19:43:47      Internal Revenue Service,
                 P O Box 7346,    Philadelphia, Pennsylvania 19101-7346
5300552         E-mail/Text: mediamanagers@clientservices.com Jun 15 2020 19:43:37       JP Morgan Chase Bank,
                 c/o Client Services, Inc.,    3451 Truman Blvd.,    St. Charles, MO 63301
5300551        +E-mail/Text: legal@arsnational.com Jun 15 2020 19:43:52       JP Morgan Chase Bank,
                 c/o ARS National Services, Inc.,    P.O. Box 469046,    Escondido, CA 92046-9046
5317362        +E-mail/Text: bankruptcydpt@mcmcg.com Jun 15 2020 19:44:03       Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
5300555        +E-mail/PDF: pa_dc_claims@navient.com Jun 15 2020 19:59:08       Navient,    P.O. Box 9000,
                 Wilkes-Barre, PA 18773-9000
5308449         E-mail/PDF: pa_dc_claims@navient.com Jun 15 2020 19:48:46       Navient PC TRUST,
                 c/o Navient Solutions, LLC,    PO BOX 9640,    Wilkes-Barre, PA 18773-9640
5312091         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 15 2020 19:59:09
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
5301617         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2020 19:43:59
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA 17128-0946
5300556        +E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 15 2020 19:43:59
                 Pennsylvania Department of Revenue,    Department 280946,    Attn: Bankruptcy Division,
                 Harrisburg, Pennsylvania 17128-0001
5300561        +E-mail/Text: bknotice@ercbpo.com Jun 15 2020 19:44:07       Synchrony Bank,    c/o ERC,
                 P.O. Box 23870,    Jacksonville, FL 32241-3870
5299088        +E-mail/PDF: gecsedi@recoverycorp.com Jun 15 2020 19:47:31       Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5300563        +E-mail/Text: NCI_bankonotify@ncirm.com Jun 15 2020 19:43:37       Terminix International,
                 c/o Nationwide Credit,    P.O. Box 14581,    Des Moines, IA 50306-3581
                                                                                               TOTAL: 28

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5300545*       +Comenity Bank,    c/o Portfolio Recovery Associates,    P.O. Box 12914,    Norfolk, VA 23541-0914
5308712*       +JPMorgan Chase Bank, N.A.,    s/b/m/t Chase Bank USA, N.A.,
                 c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                 Boca Raton, FL 33487-2853
5312549*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:   Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541)
5320755*       +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
                                                                                          TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              Donald M Hahn    on behalf of Debtor 2 Eugene A. Corradetti, III dhahn@nittanylaw.com
              Donald M Hahn    on behalf of Debtor 1 Rebecca A. Corradetti dhahn@nittanylaw.com
              James Warmbrodt    on behalf of Creditor   PNC Mortgage, a division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 5

Rev. 12/01/19

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| IN RE: | CHAPTER 13 |
|---|---|
| REBECCA A. CORRADETTI and EUGENE A. CORRADETTI, III, | CASE NO. 4-bk-20-00424 |
| | ✓ ORIGINAL PLAN |
| | ___ AMENDED PLAN (Indicate 1st, 2nd, 3rd, etc.) |
| | _0_ Number of Motions to Avoid Liens |
| | _0_ Number of Motions to Value Collateral |

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ___ Included | ✓ Not Included |
|---|---|---|---|
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ___ Included | ✓ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ___ Included | ✓ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

1

1. **PLAN FUNDING AND LENGTH OF PLAN.**

    A. **Plan Payments From Future Income**

    1. To date, the Debtor paid $ 0.00 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $ 52,140.00 , plus other payments and property stated in § 1B below:

    | Start mm/yyyy | End mm/yyyy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
    |---|---|---|---|---|---|
    | 3/7/2020 | 2/7/2025 | $869.00 | $0.00 | $869.00 | $52,140.00 |
    |  |  |  |  |  |  |
    |  |  |  |  |  |  |
    |  |  |  |  |  |  |
    |  |  |  |  |  |  |
    |  |  |  |  | Total Payments: | $52,140.00 |

    2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

    3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

    4. CHECK ONE: ( ✓ ) Debtor is at or under median income. *If this line is checked, the rest of § 1.A.4 need not be completed or reproduced.*

        ( ) Debtor is over median income. Debtor estimates that a minimum of $_____ must be paid to allowed unsecured creditors in order to comply with the Means Test.

2

Case 4:20-bk-00424-RNO    Doc 11    Filed 02/11/20    Entered 02/11/20 17:15:52    Desc
Main Document    Page 2 of 12
Case 4:20-bk-00424-RNO    Doc 31    Filed 06/17/20    Entered 06/18/20 00:33:06    Desc
Imaged Certificate of Notice    Page 4 of 14

Rev. 12/01/19

B. **Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $ 0.00_____. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines.*

✓ No assets will be liquidated. *If this line is checked, skip § 1.B.2 and complete § 1.B.3 if applicable.*

___ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $_____ from the sale of property known and designated as _____ _____. All sales shall be completed by _____, 20___. If the property does not sell by the date specified, then the disposition of the property shall be as follows: _____

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows: none._____ _____

2. **SECURED CLAIMS.**

A. **Pre-Confirmation Distributions.** *Check one.*

✓ None. *If "None" is checked, the rest of § 2.A need not be completed or reproduced.*

___ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

3

| Name of Creditor | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

B. **Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check one.*

___ None. *If "None" is checked, the rest of § 2.B need not be completed or reproduced.*

✓ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| Citizens One | 2015 Chrysler Town & Country | 6355 |
| PNC Bank | Home | 0654 |
|  |  |  |

4

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check one.*

___ None. *If "None" is checked, the rest of § 2.C need not be completed or reproduced.*

✓ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Postpetition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| Citizens One | 2015 Chrysler Town & Country | $1,050.00 | $0.00 | $1,050.00 |
| PNC Bank | Home | $15,075.00 | $0.00 | $15,075.00 |
|  |  |  |  |  |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

✓ None. *If "None" is checked, the rest of § 2.D need not be completed or reproduced.*

___ The claims below are secured claims for which a § 506 valuation is not applicable, and can include: (1) claims that were either (a) incurred within 910 days of the petition date and secured by a purchase money security interest in a motor vehicle acquired for the personal use of the Debtor, or (b) incurred within 1 year of the petition date and secured by a purchase money security interest in any other thing of value; (2) conduit payments; or (3) secured claims not provided for elsewhere.

5

Case 4:20-bk-00424-RNO    Doc 11    Filed 02/11/20    Entered 02/11/20 17:15:52    Desc
Main Document    Page 5 of 12
Case 4:20-bk-00424-RNO    Doc 31    Filed 06/17/20    Entered 06/18/20 00:33:06    Desc
Imaged Certificate of Notice    Page 7 of 14

1. The allowed secured claims listed below shall be paid in full and their liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code.

2. In addition to payment of the allowed secured claim, present value interest pursuant to 11 U.S.C. §1325(a)(5)(B)(ii) will be paid at the rate and in the amount listed below, unless an objection is raised. If an objection is raised, then the court will determine the present value interest rate and amount at the confirmation hearing.

3. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Principal Balance of Claim | Interest Rate | Total to be Paid in Plan |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

E. **Secured claims for which a § 506 valuation is applicable.** *Check one.*

✓ None. *If "None" is checked, the rest of § 2.E need not be completed or reproduced.*
___ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

6

Case 4:20-bk-00424-RNO    Doc 11    Filed 02/11/20    Entered 02/11/20 17:15:52    Desc
Main Document    Page 6 of 12
Case 4:20-bk-00424-RNO    Doc 31    Filed 06/17/20    Entered 06/18/20 00:33:06    Desc
Imaged Certificate of Notice    Page 8 of 14

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

F. **Surrender of Collateral.** *Check one.*

✓ None. *If "None" is checked, the rest of § 2.F need not be completed or reproduced.*

___ The Debtor elects to surrender to each creditor listed below the collateral that secures the creditor's claim. The Debtor requests that upon confirmation of this plan or upon approval of any modified plan the stay under 11 U.S.C. §362(a) be terminated as to the collateral only and that the stay under §1301 be terminated in all respects. Any allowed unsecured claim resulting from the disposition of the collateral will be treated in Part 4 below.

| Name of Creditor | Description of Collateral to be Surrendered |
|---|---|
|  |  |
|  |  |
|  |  |

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check one.*

✓ None. *If "None" is checked, the rest of § 2.G need not be completed or reproduced.*

7

___  The Debtor moves to avoid the following judicial and/or nonpossessory, nonpurchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| Name of Lien Holder | | | |
|---|---|---|---|
| Lien Description<br>For judicial lien, include court and docket number. | | | |
| Description of the liened property | | | |
| Liened Asset Value | | | |
| Sum of Senior Liens | | | |
| Exemption Claimed | | | |
| Amount of Lien | | | |
| Amount Avoided | | | |

3. **PRIORITY CLAIMS.**

   A. **Administrative Claims**

   1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

   2. Attorney's fees. Complete only one of the following options:

      a. In addition to the retainer of $_____ already paid by the Debtor, the amount of $_____ in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

      b. $ 200.00_____ per hour, with the hourly rate to be adjusted in accordance with the terms of the written fee agreement between the Debtor and the attorney. Payment of such lodestar compensation shall require a separate fee application with the compensation approved by the Court pursuant to L.B.R. 2016-2(b).

   3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above. *Check one of the following two lines.*

      ✓  None. *If "None" is checked, the rest of § 3.A.3 need not be completed or reproduced.*

      ___  The following administrative claims will be paid in full.

8

Case 4:20-bk-00424-RNO    Doc 11    Filed 02/11/20    Entered 02/11/20 17:15:52    Desc
Main Document    Page 8 of 12
Case 4:20-bk-00424-RNO    Doc 31    Filed 06/17/20    Entered 06/18/20 00:33:06    Desc
Imaged Certificate of Notice    Page 10 of 14

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |
|  |  |

B. **Priority Claims (including, certain Domestic Support Obligations**

Allowed unsecured claims entitled to priority under § 1322(a) will be paid in full unless modified under §9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| Centre Tax Agency | $1,033.00 |
| Internal Revenue Service | $21,810.00 |
| Pennsylvania Department of Revenue | $4,406.00 |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one of the following two lines.*

✓ None. *If "None" is checked, the rest of § 3.C need not be completed or reproduced.*

___ The allowed priority claims listed below are based on a domestic support obligation that has been assigned to or is owed to a governmental unit and will be paid less than the full amount of the claim. *This plan provision requires that payments in § 1.A. be for a term of 60 months (see 11 U.S.C. §1322(a)(4)).*

| Name of Creditor | Estimated Total Payment |
|---|---|
|  |  |

9

Case 4:20-bk-00424-RNO    Doc 11    Filed 02/11/20    Entered 02/11/20 17:15:52    Desc
Main Document      Page 9 of 12
Case 4:20-bk-00424-RNO    Doc 31    Filed 06/17/20    Entered 06/18/20 00:33:06    Desc
Imaged Certificate of Notice    Page 11 of 14

4. **UNSECURED CLAIMS**

   A. <u>**Claims of Unsecured Nonpriority Creditors Specially Classified.**</u> *Check one of the following two lines.*

   ✓ None. *If "None" is checked, the rest of § 4.A need not be completed or reproduced.*

   ___ To the extent that funds are available, the allowed amount of the following unsecured claims, such as co-signed unsecured debts, will be paid before other, unclassified, unsecured claims. The claim shall be paid interest at the rate stated below. If no rate is stated, the interest rate set forth in the proof of claim shall apply.

   | Name of Creditor | Reason for Special Classification | Estimated Amount of Claim | Interest Rate | Estimated Total Payment |
   |---|---|---|---|---|
   |  |  |  |  |  |

   B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one of the following two lines.*

   ✓ None. *If "None" is checked, the rest of § 5 need not be completed or reproduced.*

   ___ The following contracts and leases are assumed (and arrears in the allowed claim to be cured in the plan) or rejected:

   | Name of Other Party | Description of Contract or Lease | Monthly Payment | Interest Rate | Estimated Arrears | Total Plan Payment | Assume or Reject |
   |---|---|---|---|---|---|---|
   |  |  |  |  |  |  |  |
   |  |  |  |  |  |  |  |

10

**6. VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

\_\_\_ plan confirmation.
\_\_\_ entry of discharge.
✓ closing of case.

**7. DISCHARGE: (Check one)**

(✓) The debtor will seek a discharge pursuant to § 1328(a).
(  ) The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: _____
Level 2: _____
Level 3: _____
Level 4: _____
Level 5: _____
Level 6: _____
Level 7: _____
Level 8: _____

11

Case 4:20-bk-00424-RNO    Doc 11    Filed 02/11/20    Entered 02/11/20 17:15:52    Desc
Main Document    Page 11 of 12
Case 4:20-bk-00424-RNO    Doc 31    Filed 06/17/20    Entered 06/18/20 00:33:06    Desc
Imaged Certificate of Notice    Page 13 of 14

Rev. 12/01/19

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS

**Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)**

Dated: 2/11/2020

/s/ Donald M. Hahn
Attorney for Debtor

/s/ Rebecca A. Corradetti
Debtor

/s/ Eugene A. Corradetti, III
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.

12