IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
: Case No. 4-20-00424
REBECCA A. CORRADETTI and :
EUGENE A. CORRADETTI, III, :
: Chapter 13
        Debtors :

## PRAECIPE TO WITHDRAW APPEARANCE

PLEASE remove my appearance as attorney for the above-referenced debtor(s), effective July 31, 2020. My association with the law firm of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C., is scheduled to terminate on that date, and I will no longer be representing clients after that date. The above-referenced debtor(s) will continue to be represented by the law firm of Stover, McGlaughlin, Gerace, Weyandt & McCormick, P.C.

                                      Respectfully submitted,

Dated: _7/31/2020_         BY: _/s/ Donald M. Hahn_
                                      Donald M. Hahn, Esquire
                                      919 University Drive
                                      State College, PA 16801
                                      (814) 231-1850
                                      PA Bar ID No. 66398
                                      dhahn@nittanylaw.com

dwthdrw

CERTIFICATE OF SERVICE

I hereby certify that I am this day serving the foregoing document upon the person(s) and in the manner indicated below:

<u>Service by ECF Notice Addressed as Follows:</u>

    Charles DeHart, III, Esquire
    Chapter 13 Trustee

<u>Service by First-Class Mail Addressed as Follows:</u>

    Rebecca Corradetti
    1936 Park Forest Avenue
    State College, PA 16803

    Eugene Corradetti
    1936 Park Forest Avenue
    State College, PA 16803

DATED this _31st____ day of _July_____, A.D., _2020_.

                                          _/s/ Donald M. Hahn_____