IN THE UNITED STATE BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. **4:20-BK-00424-RNO** |
| | : | |
| REBECCA A. CORRADETTI | : | |
|     DEBTOR 1 | : | Chapter 13 |
| | : | |
| | : | |
| EUGENE A. CORRADETTI, III | : | |
|     DEBTOR 2 | : | |

## PRAECIPE FOR ENTRY OF APPEARANCE

    Please enter the appearance of the undersigned as counsel on behalf of Debtors Rebecca A. Corradetti and Eugene A. Corradetti, III in the above-captioned action.

                                              Respectfully submitted,

                                              BMZ LAW

                                              By:_____

DATE: 8/19/2020
                                              James M. McClure, Esquire
                                              Supreme Court I.D. #80103
                                              20 S Wayne Street
                                              Lewistown, PA 17044
                                              (717) 242-3400