Certificate Number: 14751-PAM-DE-034872820

Bankruptcy Case Number: 20-00424



14751-PAM-DE-034872820

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 12, 2020, at 8:30 o'clock PM PDT, REBECCA CORRADETTI completed a course on personal financial management given by internet by $0$ BK Class Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 12, 2020    By: /s/AMEY AIONO

Name: AMEY AIONO

Title: Certified Credit Counselor