LOCAL BANKRUPTCY FORM 3015-5

# United States Bankruptcy Court
## Middle District of Pennsylvania

In re   **Rebecca A. Corradetti**
      **Eugene A. Corradetti, III**

Debtor(s)

Case No.   **4:20-bk-00424-RNO**

Chapter   **13**

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND 11 U.S.C. § 522(q)

*If a joint petition is filed, each spouse must complete and file a separate certification.*

*Part I. Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. § 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required by me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II. If you check the second box, you must provide the information below.*

My current address is:    ,

My current employer and my employer's address:    ,

*Part III. Certification Regarding 11 U.S.C § 522(q) (check no more than one)*

Pursuant to 11 U.S.C. § 1328(h),, I certify that:

☑ I have not claimed an exemption pursuant to 11 U.S.C. § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. § 522(p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. § 522(q)(1), as amended.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in 11 U.S.C. § 522(p)(1), and (2) that exceeds the aggregate value allowed in 11 U.S.C. § 522(q)(1), as amended.

*Part IV. Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

DATED:   3/19/2025

BY:   /s Eugene A. Corradetti, III
      **Eugene A. Corradetti, III**
      Debtor