United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Rebecca A. Corradetti  
Eugene A. Corradetti, III  
    Debtors

Case No. 20-00424-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-4      User: AutoDocke      Page 1 of 4  
Date Rcvd: Mar 19, 2025      Form ID: 3180W      Total Noticed: 58

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Rebecca A. Corradetti, Eugene A. Corradetti, III, 1936 Park Forest Avenue, State College, PA 16803-1329 |
| 5300532 | + | Capital One, c/o ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 5364492 | + | Centre Tax Agency, 243 S. Allen Street, PO Box 437, State College, PA 16804-0437 |
| 5300536 | + | Centre Tax Agency, P.O. Box 437, State College, PA 16804-0437 |
| 5300547 | + | Discover Bank, c/o Northstar Location Services, LLC, P.O. Box 49, Bowmansville, NY 14026-0049 |
| 5300549 | | Geisinger, P.O. Box 983148, Boston, MA 02298 |
| 5300554 | + | Mount Nittany Medical Center, P.O. Box 536317, Pittsburgh, PA 15253-5905 |
| 5300561 | + | Synchrony Bank, c/o ERC, P.O. Box 23870, Jacksonville, FL 32241-3870 |
| 5300563 | + | Terminix International, c/o Nationwide Credit, P.O. Box 14581, Des Moines, IA 50306-3581 |
| 5300564 | + | University Accounting, P.O. Box 5865, Carol Stream, IL 60197-5865 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Mar 19 2025 22:36:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AISACG.COM | Mar 19 2025 22:36:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5300527 | + | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 18:42:49 | American Express, P.O. Box 650448, Dallas, TX 75265-0448 |
| 5300526 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2025 18:41:00 | American Express, c/o Midland Credit Mgmt., 350 Camino De La Reina, #100, San Diego, CA 92108-3007 |
| 5313060 | | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 18:42:49 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5300529 | + | Email/Text: bankruptcy@sunrisecreditservices.com | Mar 19 2025 18:41:00 | Bank of America, c/o Sunrise Credit Services, Inc., P.O. Box 9100, Farmingdale, NY 11735-9100 |
| 5300528 | ^ | MEBN | Mar 19 2025 18:34:08 | Bank of America, c/o NCB Management Services, Inc., P.O. Box 1099, Langhorne, PA 19047-6099 |
| 5301627 | + | EDI: BANKAMER2 | Mar 19 2025 22:36:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5300530 | ^ | MEBN | Mar 19 2025 18:34:21 | Barclays Bank DE, c/o Ratchford Law Group, 54 Glenmaura Nat. Blvd., #104, Moosic, PA 18507-2161 |
| 5303693 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2025 18:41:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |

| ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 5300543 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Mar 19 2025 18:41:00 | Citizens One, P.O. Box 42113, Providence, RI 02940 |
| 5300531 | + | EDI: CAPIO.COM | Mar 19 2025 22:36:00 | Capio Partners, P.O. Box 3778, Sherman, TX 75091-3778 |
| 5300533 | + | Email/Text: ngisupport@radiusgs.com | Mar 19 2025 18:41:00 | Capital One Bank, c/o Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 5300534 | + | EDI: PRA.COM | Mar 19 2025 22:36:00 | Capital One Bank, c/o Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 5302164 | | EDI: CAPITALONE.COM | Mar 19 2025 22:36:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5311491 | | Email/PDF: bncnotices@becket-lee.com | Mar 19 2025 18:43:04 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5300535 | | Email/Text: mediamanagers@clientservices.com | Mar 19 2025 18:41:00 | Captal One Bank, c/o Client Services, Inc., 3451 Truman Blvd., St. Charles, MO 63301 |
| 5299712 | + | Email/Text: bankruptcy@cavps.com | Mar 19 2025 18:42:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 5300540 | + | Email/Text: BAN140310@UCBINC.COM | Mar 19 2025 18:41:00 | Citibank, NA, c/o United Collection Bureau, Inc., P.O. Box 140310, Toledo, OH 43614-0310 |
| 5300541 | + | Email/Text: bankruptcy@cavps.com | Mar 19 2025 18:42:00 | Citibank, NA, c/o Cavalry SPV I, LLC, 500 Summit Lake Dr., Ste 400, Valhalla, NY 10595-2321 |
| 5300539 | + | Email/Text: bankruptcy@cavps.com | Mar 19 2025 18:42:00 | Citibank, NA, c/o Cavalry SPV I, LLC, P.O. Box 520, Valhalla, NY 10595-0520 |
| 5300538 | + | Email/Text: Banko@frontlineas.com | Mar 19 2025 18:42:00 | Citibank, NA, c/o Frontline Asset Strategies, 2700 Snelling Ave. N, Ste. 250, Roseville, MN 55113-1783 |
| 5300542 | ^ | MEBN | Mar 19 2025 18:34:08 | Citibank, NA, c/o Cawley Bergmann, LLC, 550 Broad St., Ste. 1001, Newark, NJ 07102-4542 |
| 5300537 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 19 2025 18:41:00 | Citibank, NA, c/o Midland Credit Management, P.O. Box 2121, Warren, MI 48090-2121 |
| 5300544 | + | EDI: PRA.COM | Mar 19 2025 22:36:00 | Comenity Bank, c/o Portfolio Recovery Associates, LLC, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 5300546 | + | Email/Text: bdsupport@creditmanagementcompany.com | Mar 19 2025 18:42:00 | Credit Management, P.O. Box 16346, Pittsburgh, PA 15242-0346 |
| 5302010 | | EDI: DISCOVER | Mar 19 2025 22:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5300550 | + | EDI: IRS.COM | Mar 19 2025 22:36:00 | Internal Revenue Service, P O Box 7346, Philadelphia, Pennsylvania 19101-7346 |
| 5300551 | + | Email/Text: legal@arsnational.com | Mar 19 2025 18:41:00 | JP Morgan Chase Bank, c/o ARS National Services, Inc., P.O. Box 469046, Escondido, CA 92046-9046 |
| 5300552 | | Email/Text: mediamanagers@clientservices.com | Mar 19 2025 18:41:00 | JP Morgan Chase Bank, c/o Client Services, Inc., 3451 Truman Blvd., St. Charles, MO 63301 |
| 5308702 | + | Email/Text: RASEBN@raslg.com | Mar 19 2025 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5300553 | ^ | MEBN | Mar 19 2025 18:34:14 | KML Law Group, PC, 701 Market St., Ste. 5000, Philadelphia, PA 19106-1541 |
| 5317362 | + | Email/Text: bankruptcydpt@mcmcg.com | | |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Mar 19 2025 18:41:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5300555 | + | Email/PDF: bankruptcy_prod@navient.com | Mar 19 2025 18:42:47 | Navient, P.O. Box 9000, Wilkes-Barre, PA 18773-9000 |
| 5308449 | | Email/PDF: bankruptcy_prod@navient.com | Mar 19 2025 18:42:47 | Navient PC TRUST, c/o Navient Solutions, LLC, PO BOX 9640, Wilkes-Barre, PA 18773-9640 |
| 5300557 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 18:41:00 | PNC Bank, P.O. Box 5570, Cleveland, OH 44101 |
| 5317346 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 18:41:00 | PNC Bank National Association, PO Box 94982, Cleveland OH 44101 |
| 5319843 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 18:41:00 | PNC Bank, N.A., 3232 Newmark Drive, Miamisburg, OH 45342 |
| 5300558 | | Email/Text: Bankruptcy.Notices@pnc.com | Mar 19 2025 18:41:00 | PNC Bank, N.A., P.O. Box 1820, Dayton, OH 45401 |
| 5312091 | | EDI: PRA.COM | Mar 19 2025 22:36:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5300548 | | Email/Text: signed.order@pfwattorneys.com | Mar 19 2025 18:41:00 | Discover Bank, c/o Pressler, Felt & Warshaw, 7 Entin Rd., Parsippany, NJ 07054 |
| 5300556 | + | EDI: PENNDEPTREV | Mar 19 2025 22:36:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, Pennsylvania 17128-0001 |
| 5300556 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2025 18:41:00 | Pennsylvania Department of Revenue, Department 280946, Attn: Bankruptcy Division, Harrisburg, Pennsylvania 17128-0001 |
| 5301617 | | EDI: PENNDEPTREV | Mar 19 2025 22:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5301617 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 19 2025 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5300559 | + | Email/Text: ngisupport@radiusgs.com | Mar 19 2025 18:41:00 | Radius Global Solutions, P.O. Box 390905, Minneapolis, MN 55439-0905 |
| 5299088 | + | EDI: AISACG.COM | Mar 19 2025 22:36:00 | Synchrony Bank, AIS InfoSource LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 5300560 | ^ | MEBN | Mar 19 2025 18:34:12 | Synchrony Bank, c/o American Coradius Internat., 2420 Sweet Home Rd., #150, Amherst, NY 14228-2244 |
| 5300562 | + | Email/Text: compliance@monarchrm.com | Mar 19 2025 18:41:00 | Synchrony Bank, c/o Monarch Recovery Management, 3260 Tillman Dr., Ste. 75, Bensalem, PA 19020-2059 |
| 5300565 | ^ | MEBN | Mar 19 2025 18:34:11 | Younomics Private Student Loan Trust, c/o Asset Recovery, 2200 E. Devon Ave., #200, Des Plaines, IL 60018-4501 |

TOTAL: 50

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5300545 | *+ | Comenity Bank, c/o Portfolio Recovery Associates, P.O. Box 12914, Norfolk, VA 23541-0914 |
| 5308712 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5312549 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5320755 | *+ | Synchrony Bank, AIS InfoSource LP as agent, 4515 N. Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| | | |
|---|---|---|
| District/off: 0314-4 | User: AutoDocke | Page 4 of 4 |
| Date Rcvd: Mar 19, 2025 | Form ID: 3180W | Total Noticed: 58 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2025              Signature:      /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brent J Lemon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION blemon@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| James McClure | on behalf of Debtor 2 Eugene A. Corradetti III jmcclure@bmzlaw.com, nvargas@bmzlaw.com;plarson@bmzlaw.com |
| James McClure | on behalf of Debtor 1 Rebecca A. Corradetti jmcclure@bmzlaw.com nvargas@bmzlaw.com;plarson@bmzlaw.com |
| James Warmbrodt | on behalf of Creditor PNC Mortgage a division of PNC Bank, National Association bkgroup@kmllawgroup.com |
| James Warmbrodt | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Jeffrey Stover | on behalf of Debtor 2 Eugene A. Corradetti III jstover@nittanylaw.com |
| Jeffrey Stover | on behalf of Debtor 1 Rebecca A. Corradetti jstover@nittanylaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 10

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Rebecca A. Corradetti | Social Security number or ITIN  xxx–xx–9476 |
|  | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Eugene A. Corradetti III | Social Security number or ITIN  xxx–xx–0747 |
|  | First Name  Middle Name  Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 4:20-bk-00424-MJC | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Rebecca A. Corradetti      Eugene A. Corradetti III

**By the court:**

3/19/25

Mark J. Conway, United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Form 3180W　　　　　　**Chapter 13 Discharge**　　　　　　page 2