| **Fill in this information to identify the case:** | |
|---|---|
| Debtor 1 | Eugene A. Corradetti, III |
| Debtor 2 (Spouse, if filing) | Rebecca A. Corradetti |
| United States Bankruptcy Court for the: | Middle District of PA |
| Case number | 20-00424 MJC |

Form 4100R

# Response to Notice of Final Cure Payment 10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** PNC BANK, NATIONAL ASSOCIATION  **Court claim no. (if known):** 25

**Last 4 digits** of any number you use to identify the debtor's account: 0654
**Property address:**
1936 Park Forest Avenue
State College, PA 16803

## Part 2: Prepetition Default Payments

*Check one:*

[X] Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

[ ] Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

[X] Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: 04 / 01 / 2025

[ ] Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:
a. Total postpetition ongoing payments due:   (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:   + (b) $ _____
c. **Total.** Add lines a and b.   (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for
the postpetition payment(s) that first became due on:

Case 4:20-bk-00424-MJC    Doc 99    Filed 04/02/25    Entered 04/02/25 21:36:57    Desc
Main Document       Page 1 of 3

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

× /s/ 
Denise Carlon
31 Mar 2025, 16:04:42, EDT

Date     03/31/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R          Response to Notice of Final Cure Payment          page 2

Document ID: 29e08ec80ac51361203d67d1aca13eb14161d9430561f1267a87153d622e4a6f
Case 4:20-bk-00424-MJC   Doc 99   Filed 04/02/25   Entered 04/02/25 21:36:57   Desc
Main Document     Page 2 of 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Rebecca A. Corradetti<br>Eugene A. Corradetti III<br>                              Debtor(s)<br><br>PNC BANK, NATIONAL ASSOCIATION<br>                              Movant<br>          vs.<br>Rebecca A. Corradetti<br>Eugene A. Corradetti III<br>                              Debtor(s)<br><br>Jack N. Zaharopoulos,<br>                              Trustee | BK NO. 20-00424 MJC<br><br>Chapter 13<br><br>Related to Claim No. 25 |

## CERTIFICATE OF SERVICE

I, Denise Carlon of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>April 2, 2025</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Eugene A. Corradetti, III
1936 Park Forest Avenue
State College, PA 16803

Rebecca A. Corradetti
1936 Park Forest Avenue
State College, PA 16803

<u>Attorneys for Debtor(s) (via ECF)</u>
James McClure, Esq.
BMZ Law
113 Fourth Street
Huntingdon, PA 16652

Jeffrey Stover
Stover McGlaughlin
122 East High Street
Bellefonte, PA 16823

<u>Trustee (via ECF)</u>
Jack N. Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: <u>April 2, 2025</u>

                                                            <u>**/s/ Denise Carlon**</u>
                                                            Denise Carlon Esquire
                                                            Attorney I.D. 317226
                                                            KML Law Group, P.C.
                                                            BNY Mellon Independence Center
                                                            701 Market Street, Suite 5000
                                                            Philadelphia, PA 19106
                                                            201-549-2363
                                                            dcarlon@kmllawgroup.com